**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

AKEEM PETTY and SIERRA )
ALDERTON, )
  )
Plaintiffs, ) Case No.: 26-CV-970
  )
v. )
  ) Jackson County Circuit Court
JEFF DIEDERICH, ) Case No. 2024-LA-34
  )
Defendant. )

**DEFENDANT'S NOTICE OF REMOVAL**

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS:

Defendant, JEFF DIEDERICH, Williamson County Sheriff, by and through his attorney, Julie M. Koerner, pursuant to 28 U.S.C. §1441, states as follows for his Notice of Removal:

1. On June 9, 2025, AKEEM PETTY and SIERRA ALDERTON (collectively referred to as "Plaintiffs"), filed suit against the above-named Defendant in the First Judicial Circuit Court of Jackson County, Illinois. A copy of Plaintiffs' Complaint is attached hereto as Exhibit "A".

2. The above-described action is a civil action alleging federal civil rights violations, pursuant to 42 U.S.C. §1983, *inter alia*, claims over which this Court has original jurisdiction under the provisions of 28 USC §1331 and is one which may be removed to this Court by the Defendant pursuant to the provisions of 28 USC §1441.

3. On July 23, 2025, Plaintiffs' private process server improperly delivered the summons to an individual not authorized to accept service for Sheriff Diederich. *See*, Motion to Quash, attached as *Exhibit B*.

1

4.      Subsequently, Defendant filed his motion to quash service, which Judge Travelstead granted on **July 2, 2026**. *See*, Order attached as *Exhibit C*.

5.      Defendant now brings this motion and agrees and seeks to the removal of this action from the Circuit Court of Jackson County, Illinois to the United States District Court of the Southern District, which is the federal district court embracing both Jackson and Williamson Counties in Illinois. 28 USC §93(c).

6.      As required by 28 USC §1446(d), notice of removal will be served upon all parties of record and will be filed with the Circuit Court of Jackson County, Illinois.

7.      Pursuant to the requirements of 28 USC §1446(a), the pleadings filed in the Jackson County action have been filed herewith.

WHEREFORE, Defendant, Sheriff Jeff Diederich, hereby gives Notice of Removal of this action to the United States District Court for the Southern District of Illinois.

Respectfully Submitted,

**JEFF DIEDERICH**

By:     *s/Julie M. Koerner*
        One of Defendant's Attorneys

Julie M. Koerner (#6204852)
IFMK Law, Ltd.
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
T:  847/291-0200
E: jkoerner@ifmklaw.com

2

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| AKEEM PETTY and SIERRA ALDERTON, | ) ) ) | |
| Plaintiffs, | ) ) | Case No.: 26-CV-970 |
| v. | ) ) | |
| JEFF DIEDERICH, | ) ) ) | Jackson County Circuit Court Case No. 2024-LA-34 |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2025, I electronically filed the foregoing ***Defendant's Notice of Removal Petition*** on behalf of Defendant Jeff Diederich with the Clerk of Court using the CM/ECF system, I will send notification of such filing to the following:

Thomas G. Maag  
Maag Law Firm, LLC  
22 West Lorena Avenue  
Wood River, IL 62095  
maaglawoffice@gmail.com

Circuit Court for the First Judicial District  
Jackson County, Illinois  
1001 Walnut Street  
Murphysboro, IL 62966

via First Class Mail by placing a true and correct copy thereof in a sealed envelope, proper postage prepaid and affixed thereon and placing same in the U.S. Mail receptacle located at 650 Dundee Road, Northbrook, Illinois, at or before the hour of 5:00 p.m. on July 16, 2025.

By:    */s/Julie M. Koerner*

Julie M. Koerner (#6204852)  
IFMK Law, Ltd.  
650 Dundee Road, Suite 475  
Northbrook, Illinois 60062  
T:  847/291-0200  
E: jkoerner@ifmklaw.com