FILED
6/9/2025 3:58 PM
Christian M. Hale
Circuit Clerk
Jackson County, Il
AE

IN THE CIRCUIT COURT
FIRST JUDICIAL CIRCUIT
JACKSON COUNTY, ILLINOIS

AKEEM PETTY and SIERRA )
ALDERTON, )
)
Plaintiff, )
)
v. ) Case No.  2025LA34
)
JEFF DIEDERICH )
))
)
Defendant )

## COMPLAINT

Comes now Areem Petty and Sierra Alderton, by and through their attorneys, THOMAS

G. MAAG and the Maag Law Firm, LLC, and states as follows:

### COUNT I

1. At all times relevant, Plaintiffs Akeem Petty and Sierra Alderton, are citizens and residents of Illinois.

2. That Defendant Jeff Diederich is a citizen and resident of Illinois.

3. That this count of this action is brought under 42 USC 1983.

4. That, in 2023, Defendant Diederich, under color of state law, arrested Plaintiff Sierra Alderton, for alleged violation of Illinois Liquor Laws.

5. That said arrest was without probable cause, and was a made as a result of Defendants' racial prejudice from Plaintiff being involved in a interracial couple.

6. That within the previous two year, the charge was dismissed, in lieu of going through a preliminary hearing, in which is was likely the charge would be dismissed.

7. That punishing a person, including by arresting them, for being in an interracial relationship, is a well settled violation of the 14th Amendment due process clause, recognized as such since at least 1967. *Loving v. Virginia,* 388 U.S. 1 (1967).

**EXHIBIT A**

8. This Court is brought as a malicious prosecution case under 42 USC 1983.

9. To succeed on such a claim, a plaintiff must show that a government official charged him without probable cause, leading to an unreasonable seizure of his person. See Thompson v. Clark, 596 U. S. 36, 43, and n. 2 (2022).

10. That Defendant Diederich did, in fact, so seize Plaintiff Petty

11. As a proximate cause, Plaintiff has been damaged in an amount in excess of $50,000.00.

WHEREFORE, Plaintiff Akeem Petty humbly requests that this Court enter judgment in his favor, and against Defendant Jeff Diederich, in an amount in excess of $50,000.00, plus, per 42 USC 1988, costs and attorney fees.

## COUNT II

12. At all times relevant, Plaintiffs Akeem Petty and Sierra Alderton, are citizens and residents of Illinois.

13. That Defendant Jeff Diederich is a citizen and resident of Illinois.

14. That this count of this action is brought under 42 USC 1983.

15. That, in 2023, Defendant Diederich, under color of state law, arrested Plaintiff Sierra Alderton, for alleged violation of Illinois Liquor Laws.

16. That said arrest was without probable cause, and was a made as a result of Defendants' racial prejudice from Plaintiff being involved in a interracial couple.

17. That within the previous two year, the charge was dismissed, in lieu of going through a preliminary hearing, in which is was likely the charge would be dismissed.

18. That punishing a person, including by arresting them, for being in an interracial relationship, is a well settled violation of the 14th Amendment due process clause, recognized as such since at least 1967. Loving v. Virginia 388 U.S. 1 (1967).

19. This Court is brought as a malicious prosecution case under 42 USC 1983.

20. To succeed on such a claim, a plaintiff must show that a government official charged



him without probable cause, leading to an unreasonable seizure of his person. See Thompson v. Clark, 596 U. S. 36, 43, and n. 2 (2022).

21. That Defendant Diederich did, in fact, so seize Plaintiff Alderton.

22. As a proximate cause, Plaintiff has been damaged in an amount in excess of $50,000.00.

WHEREFORE, Plaintiff Sierra Alderton humbly requests that this Court enter judgment in her favor, and against Defendant Jeff Diederich, in an amount in excess of $50,000.00, plus, per 42 USC 1988, costs and attorney fees.

## COUNT III

1. At all times relevant, Plaintiffs Akeem Petty and Sierra Alderton, are citizens and residents of Illinois.

2. That Defendant Jeff Diederich is a citizen and resident of Illinois.

3. That this count of this action is brought under 42 USC 1983.

4. That, in 2023, Defendant Diederich, under color of state law, arrested Plaintiff Sierra Alderton, for alleged violation of Illinois Liquor Laws.

5. Thereafter, and within the previous two years, Plaintiff moved to open operations in Jackson County, away from the authority and harassment of Defendant.

6. That due to the unlawful and unjustified interference of Defendant Dieterich, who personally interfered with Plaintiffs reasonable economic expectations, under state law, by contacting licensing authorities and making false allegations about them, Plaintiffs were unable to open their Jackson County operations.

7. As a proximate cause, Plaintiff lost investment and income, in Jackson County, Illinois.

8. As a proximate cause, Plaintiff has been damaged in an amount in excess of $50,000.00.

WHEREFORE, Plaintiff Akeem Petty and Sierra Alderton, humbly requests that this Court enter judgment in his favor, and against Defendant Jeff Diederich, in an amount in excess of $50,000.00, plus, per 42 USC 1988, costs and attorney fees.

**EXHIBIT A**

Dated: 6-5, 2025
Submitted,

Respectfully


By:  s/Thomas G. Maag

Thomas G. Maag #6272640
Maag Law Firm, LLC
22 West Lorena Avenue
Wood River, IL 62095
Phone: 618-216-5291
maaglawoffice@gmail.com

**EXHIBIT A**